IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.   04-cv-02445-WYD-MJW

ITT INDUSTRIES, INC.,

     Plaintiff(s),

v.

DRS TACTICAL SYSTEMS, INC.,

     Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

The parties have filed a Stipulation for Dismissal with Prejudice on September 2, 2005. After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated this 6th day of September, 2005.

                              BY THE COURT:

                              s:\ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge